## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Barnette, Keena D

Printed: 01/06/09

Case Number:  08 B 26341
Judge:  Goldgar, A. Benjamin
Filed:  10/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  December 22, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 19,983.17 | 0.00 |
| 4. | National City Mortgage Co | Secured | 27,339.22 | 0.00 |
| 5. | Nuvell Credit Company LLC | Unsecured | 14,001.62 | 0.00 |
| 6. | Capital One | Unsecured | 427.63 | 0.00 |
| 7. | National Student Loan Program | Unsecured | 3,503.11 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 283.00 | 0.00 |
| 9. | RJM Acquisitions LLC | Unsecured | 8.44 | 0.00 |
| 10. | Municipal Collection Services | Unsecured | 15.00 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 54.04 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 34.80 | 0.00 |
| 13. | 4516 Vincennes Condo Association | Secured | | No Claim Filed |
| 14. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 15. | Ludlow Acceptance | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Lou Harris | Unsecured | | No Claim Filed |
| 18. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 19. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| | | | $ 65,650.03 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Barnette, Keena D

Printed: 01/06/09

Case Number:  08 B 26341
Judge:  Goldgar, A. Benjamin
Filed:  10/1/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

